*June 15, 1943.*

ESTATE OF HICKOX: ESTATE OF BURCH, Appellant, vs. HICKOX, Executrix, Respondent.

For the appellant: *Hill, Miller & Hill* of Baraboo.
For the respondent: CHARLTON H. JAMES of Dodgeville.
*By the Court.*—Order affirmed.

JUNIOR (AARON), Appellant, vs. HARDWARE MUTUAL CASUALTY COMPANY and another, Respondents.

For the appellant: *Ronald A. Padway*, attorney, and *A. W. Richter* of counsel, both of Milwaukee.
For the respondents: *Willis G. Sullivan* of Milwaukee.
*By the Court.*—Judgment affirmed.

JUNIOR (FLOYD), Appellant, vs. HARDWARE MUTUAL CASUALTY COMPANY and another, Respondents.

For the appellant: *Ronald A. Padway,* attorney, and *A. W. Richter* of counsel, both of Milwaukee.
For the respondents: *Willis G. Sullivan* of Milwaukee.
*By the Court.*—Judgment affirmed,